# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: **Hildred E. Cohill**                                CASE NO: **14-20673**

## TRUSTEE'S OBJECTION TO PROOF OF CLAIM AND NOTICE

NOW INTO COURT, comes Keith A Rodriguez, Standing Chapter 13 Trustee, who objects to claim #**13** filed in the above captioned case by **Cerastes LLC** in the amount of **$526.98** for the following reason indicated:

( ) The claim was not filed timely.
( ) There is no proper documentation to support the claim.
(**X**) Duplicate claim; Original claim #12 was filed on 11/13/14.

**WHEREFORE,** notice is given that if the creditor wishes to oppose the Trustee's opposition he should do so by filing a written objection electronically within thirty days of the date of this notice with the Clerk of Bankruptcy Court, and serve a copy on the undersigned.

Should an objection be timely filed, a hearing will be held before the Bankruptcy Judge in the Federal Courtroom, Lake Charles, Louisiana on the 5th day of March, 2015 at 9:00 o'clock a.m.

                                                           /s/ Keith A. Rodriguez
                                                           KEITH A. RODRIGUEZ
                                                           STANDING CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served on the creditor,

Cerastes LLC
C/O Weinstein, Pinson and Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121

by placing same in the U.S. Mail, postage prepaid this 22nd day of January, 2015.

                                                           /s/ Keith A. Rodriguez
                                                           KEITH A. RODRIGUEZ